# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137552 (40)(41)

DEPARTMENT OF AGRICULTURE and
MICHIGAN APPLE COMMITTEE,
          Plaintiffs-Appellants,

v

APPLETREE MARKETING, L.L.C. and
STEVEN KROPF,
          Defendants-Appellees.

_____

SC: 137552
COA: 277743
Kent CC: 05-011315-CZ

## AMENDMENT TO ORDER

On order of the Court, the order of May 7, 2009 is amended to correct a clerical error. The statement of the first issue to be included in the briefing is amended to read as follows:

"(1) whether the plaintiffs may simultaneously pursue claims against Appletree Marketing, LLC for alleged violations of the Agricultural Commodities Marketing Act, MCL 290.651 *et seq*., and for common law and statutory conversion under MCL 600.2919a;"



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2009

_____
Clerk